

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-15-00695-CV

John M. **DONOHUE**,
Appellant

v.

Sergeant Jose **HERNANDEZ**, Deputy Matt Krueger, Deputy Birdie Tyler, and Denise Martinez,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Appellant's motion to reconsider the denial of his motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court